No. 341. MARCHUS v. DRUGE ET AL., CO-PARTNERS. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles E. Townsend* for petitioner. *Mr. A. W. Boyken* for respondents.

No. 342. JACKSONVILLE PAPER CO. v. NATIONAL LABOR RELATIONS BOARD. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Thos. B. Adams* and *Louis Kurz* for petitioner. *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondent.

No. 88. SLADE ET AL. v. SHELL OIL CO., INC. ET AL. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Marcellus Green, P. Z. Jones,* and *Garner W. Green* for petitioners. *Messrs. William H. Watkins* and *Harry McCall* for respondents.

No. 214. GILCREASE OIL CO. v. COSBY ET AL. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James V. Allred* for petitioner. *Messrs. U. M. Simon* and *C. J. Shaeffer* for respondents.

No. 222. SENECA COAL & COKE CO. v. LOFTIN. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Hunter L. Johnson* and *Karl H. Mueller* for petitioner. *Mr. Hayes McCoy* for respondent. *Mr. Joseph V. Lane, Jr. (Mr. Adrian C. Leiby* of counsel) filed a brief, as